## CASES DISPOSED OF WITHOUT WRITTEN OPINION AT FALL TERM, 1906.

GOODEN *v.* LUMBER Co. From Currituck. *W. M. Bond* for plaintiff; *Pruden & Pruden* and *Shepherd & Shepherd* for defendant, appellant. Affirmed.

DAVIS *v.* RAILROAD Co. From Tyrrell. *Aydlett & Ehringhaus* and *Meekins & Leigh* for plaintiff, appellant; *Pruden & Pruden* and *Shepherd & Shepherd* for defendant. Affirmed.